UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CR-61-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHAQUILLE GREGG | ) | |

This matter is before the court to clarify its disposition of pending motions on 1 June 2015. Despite anything appearing to the contrary in the record, defendant's motion to withdraw guilty plea (DE # 58) is ALLOWED, and, for the reasons set forth in United States v. Bunn, No. 5:14-CR-272-FL, 2015 WL 2058983 (E.D.N.C. Apr. 27, 2015) (memorandum and recommendation), defendant's 1 June 2015 oral motion to dismiss Counts Three, Four, and Five is ALLOWED. Remaining for disposition are Counts One and Two, which charge distribution of a quantity of heroin in violation of 21 U.S.C. § 841(a)(1). Arraignment and trial on those two counts are SET for 29 June 2015.

This 4 June 2015.

_____
W. Earl Britt
Senior U.S. District Judge