UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-61-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| SHAQUILLE GREGG | : | |

This cause is before the Court on the United States' Motion to Dismiss Counts 3, 4, and 5 of the Indictment based on the defendant's plea to state charges which were directly related to those remanded by the Court of Appeals, which resulted in an active sentence. Therefore, for good cause shown, the motion is ALLOWED and Counts 3, 4, and 5 of the Indictment charging this Defendant is hereby dismissed.

This 14 March 2016.

_____
W. Earl Britt
Senior U.S. District Judge